# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID OPPENHEIMER, § | |
|     Plaintiff, § | CA No. 1:20-CV-00570-PAG |
| § | |
| v. § | JUDGE PATRICIA A. |
| § | GAUGHAN |
| HADDEN R. HIPPSLEY; § | |
| LAMBDA TOURS, INC., d/b/a § | |
| LAMBDA PRODUCTIONS § | |
|     Defendants. | |

## NOTICE OF STIPULATED DISMISSAL AND PERMANENT INJUNCTION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff David Oppenheimer ("Oppenheimer" or "Plaintiff") and Defendants, Hadden R. Hippsley ("Hippsley"), Lambda Tours, Inc. d/b/a Lambda Productions ("Lambda") (together, "Defendants"), by and through the undersigned counsel, stipulate and agree to the dismissal with prejudice of all claims asserted in the above-captioned action, with each party to bear its own attorneys' fees and costs.

The parties also request that the Court enter the stipulated permanent injunction against the Defendants, as follows:

1. Defendants Hippsley and Lambda are hereafter enjoined from copying, distributing, displaying, publishing, creating derivative works, or in any way using in commerce or otherwise, the Photograph attached to Plaintiff's Complaint as Exhibit 1 [ECF No. 1-2].

2. This Court shall retain jurisdiction of this case and over the parties for the purposes of enforcing this Consent Order.

SO ORDERED, this the 5th day of August 2020

                                                      **PATRICIA A. GAUGHAN**
                                                      **UNITED STATES DISTRICT COURT**
                                                      **CHIEF JUDGE**

**LEJUNE LAW FIRM**

By: *s/ Dana A. LeJune*
**Dana A. LeJune**
Texas Bar: 12188250
NC Bar: 49025
Scott M. Francis
Texas Bar: 24088795
1225 North Loop W.
Suite 825
Houston, Texas 77008
713.942.9898 Phone
713.942.9899 Facsimile
**NORTH CAROLINA OFFICE:**
7 Orchard Street
Suite 200
Asheville, NC 28801
828-774-5800 Office
dlejune@triallawyers.net
*Counsel for Plaintiff*


/s/ *Mark C. Johnson*
Mark C. Johnson (0072625)
mjohnson@rennerotto.com
Nicholas J. Gingo (0083684)
RENNER OTTO
1621 Euclid Avenue
Floor 19
Cleveland, Ohio 44115
T: +1.216.736.3170
F: +1.216.621.6165

*Counsel for Defendants*